**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **CARLOS ARTURO VARGAS QUEJADA** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-0914** |
| | : | |
| **J.L. JAMISON,** *et al.* | : | |

## ORDER

This 12th day of February, 2026, after initial review of Petitioner Carlos Arturo Vargas Quejada's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1. Respondents are **ENJOINED** from taking any action that would result in the transfer of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

2. Respondents shall file any response to the Petition on the ECF filing system by **3:00 p.m.** on Friday, **February 13th, 2026**, or show cause why they cannot comply with that expedited schedule.

 /s/ Gerald Austin McHugh
United States District Judge